## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| WATER STREET BEVERAGE, LTD., T/A KELLER'S BEER, | : No. 104 MAL 2014 |
| Petitioner | : Petition for Allowance of Appeal from the : Order of the Commonwealth Court |
| v. | : |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : |
| Respondent | : |
| WEIS MARKET, | : |
| Intervenor | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.